THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID
Assistant United States Attorney
California Bar Number:   223912
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6086
    Facsimile:   (213) 894-7819
    Email: Anoiel.Khorshid@usdoj.gov

JS-6

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OMAR GONZALEZ, | Case No.: CV08-0698 JFW (SSx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Honorable John F. Walter |

Pursuant to the Stipulation for Compromise Settlement and General Release filed by the parties in the above captioned case,

**IT IS HEREBY ORDERED:**

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and attorneys fees; and

3. The Court retains jurisdiction pending payment of the settlement.

Dated: January 12, 2009

_____
Honorable John F. Walter
UNITED STATES DISTRICT JUDGE